THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Edwin K.
 Hartzler, Appellant
 
 
 
 
 

v.

 
 
 
 Bob Sheheen, SLED, Fred Pauer, Peggy Wadman, Michael Ferlauto, Thomas
 Scott, Bob Milling, Marilee Griswold, Andrew Hedgepath, Respondents.
 
 
 
 

                             

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2011-UP-189
 Submitted April 1, 2011  Filed April 28,
2011    

AFFIRMED

 
 
 
 Edwin K. Hartzler, pro se, of Columbia,
 for Appellant.
 Daniel R. Settana, Jr., and Erin M.
 Farrell, both of Columbia, for Respondent.
 
 
 

PER CURIAM:  Edwin K. Hartzler appeals the circuit
 court's grant of Respondents' motion to dismiss.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C.
 Code. Ann. § 44-17-630 (2002) ("A patient is entitled to a reexamination
 on the patients own petition or that of any other interested person to the
 probate court of the country from which the patient was admitted."); HHHunt Corp. v. Town of Lexington,  389 S.C. 623, 632, 699 S.E.2d 699,
 703 (Ct. App. 2010) ("In deciding
 whether the trial court properly granted the motion to dismiss, the appellate
 court must consider whether the facts and inferences drawn from the facts
 alleged in the complaint, viewed in the light most favorable to the plaintiff,
 state any valid claim for relief.").
AFFIRMED.
FEW, C.J., KONDUROS, J.,
 and CURETON, A.J., concur.  
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.